MORRISS-BUICK COMPANY v. H. H. HUSS.

No. 6998.   Decided February 23, 1938.
(113 S. W., 2d Series, 891.)

*R. T. Bailey,* of Dallas, for plaintiff in error.

*Young, Blakley, Cooper & Armstrong,* and *Joe Utay,* all of Dallas, for defendant in error.

MR. JUDGE MARTIN delivered the opinion of the Commission of Appeals, Section B.

This is a companion case to that of Morriss-Buick Co. v. Pondrom, this day decided (*supra,* p. 98). The law questions, with one exception, are identical in the two cases.

Judgments of the trial court and Court of Civil Appeals are reversed and cause remanded.

Opinion adopted by the Supreme Court February 23, 1938.